UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,                      Case No. 13-50478
                                                         Honorable Linda V. Parker

v.

GEORGE BALCEWICZ,

        Defendant.

_____/

**<u>OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL [ECF NO. 18]</u>**

On June 13, 2017, Defendant George J. Balcewicz III ("Defendant") submitted a letter to the Court requesting a public defender to assist him in settling his debt with the IRS. (ECF No. 18.) This Court construes Defendant's letter as a motion to appoint counsel.

The Criminal Justice Act, 18 U.S.C. § 3006A provides an amended plan for when a court shall provide representation of any person otherwise financially unable to obtain adequate representation. Public defenders may be appointed in criminal cases. Because this is a civil matter, the appointment of a federal public defender is unavailable to Defendant.

Accordingly,

**IT IS ORDERED** that Defendant's motion for the appointment of counsel (ECF No. 18) is **DENIED.**

                                                  s/ Linda V. Parker
                                                  LINDA V. PARKER
                                                  U.S. DISTRICT JUDGE

Dated: August 1, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 1, 2017, by electronic and/or U.S. First Class mail.

                                                  s/ R. Loury
                                                  Case Manager